# United States District Court
## Western District of North Carolina
## Statesville Division

| | | |
|---|---|---|
| **James Maurice Wilson,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 5:19-cv-00108-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| **Eric A. Hooks,** | ) | |
| | ) | |
| Respondent, | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 8, 2020 Order.

July 8, 2020

*Frank G. John*

Frank G. Johns, Clerk
United States District Court